DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant ALFOZAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDRULRAHMAN ALFOZAN,<br>Defendants. | **Case No.:** CR 26–539 VC<br><br>**DECLARATION OF COUNSEL** |

I, David W. Rizk, declare the following:

1. I am counsel to the defendant in the above-captioned case.
2. I have spoken with a member of the legal affairs staff of the Saudi Arabia diplomatic mission to the United States about this matter and was informed by the staff that the Kingdom of Saudi Arabia, pursuant to a written policy, offers citizens who are detained abroad assistance with legal and bail bond services. The staff further informed me, and offered to provide additional documentation to show, that they have assisted Saudi defendants with bail bonds in the United States over twenty times since 2014. The staff also informed me that Mr. Alfozan has received services that are offered to other citizens.

3. Attached as Exhibit A is a true and correct copy of an FBI 302 report produced by the government in discovery.

Declared under penalty of perjury in San Francisco, California this 20th day of November, of 2026.

DAVID W. RIZK
Counsel for Mr. Alfozan