# Exhibit A

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 10/29/2026

On October 9, 2026, a Federal Search Warrant, signed by Honorable Alex G. Tse on October 7, 2026, was executed at [redacted]. After the premises were cleared, [redacted] ALASSAF (ALASSAF), [redacted] agreed to be interviewed by Special Agents Mindy Yu and Andrea Valladao at the location. The interviewing Agents explained to ALASSAF that she was not in custody and that the interview was voluntary. ALASSAF understood and provided the following information:

[AGENT NOTE: Below are transcribed excerpts from the interview to aid in the management of this investigation. The full interview was recorded and entered into evidence as item 1D2.]

-------

**On/about time stamp 6:37:42**

Special Agent Mindy Yu (SA Yu): What are your long-term plans here?

ALASSAF: There are…I am set to leave the country on Monday actually.

SA Yu: Oh, ok.

ALASSAF: Yeah.

SA Yu: Um, are you moving back to Saudi Arabia?

ALASSAF: Yeah.

SA Yu: Oh, ok. Um.

ALASSAF: I wish I moved sooner.

SA Yu: And was he planning on leaving his job there or working remotely?

ALASSAF: He was going to take parental leave for two months as he was…

SA Yu: Ok, and then come back here?

**UNCLASSIFIED//FOUO**

Investigation on 10/09/2026 at [redacted]

File # Redacted-SF-4310513, Redacted SF-4310513-302 Date drafted 10/28/2026

by YU MINDY AUDREY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

ALASSAF: Yeah.

SA Yu: Ok.

-------

**On/about time stamp 6:41:39**

Special Agent Andrea Valladao (SA Valladao): Were you planning on…I know you said your husband was planning on taking paternity leave with you.

ALASSAF: Yeah.

SA Valladao: Were you planning on coming back after those…

ALASSAF: No.

SA Valladao:…two months? You're just, you wanted to go back home and live there.

ALASSAF: Yeah.

SA Valladao: Is your family there?

ALASSAF: Yeah.

SA Valladao: Yeah. Ok.

SA Yu: Is the plan for him to come back here and then have a long distance…

ALASSAF: [inaudible]…and then we're going to eventually, all of us, move back.

SA Yu: Oh I see, ok.

-------

**On/about time stamp 7:10:22**

SA Yu: I know you've talked about future plans moving back to Saudi Arabia. Um, he would be on parental leave for a little bit and then still work for OpenAI for a little bit. Um, did he ever talk about, uh, working for Saudi-based AI companies or computer science companies after [inaudible]?

ALASSAF: I'm not sure we have that…no we hadn't talked about it.

SA Yu: So he planned to at least try to stay with OpenAI even after…

ALASSAF: He wanted to continue with OpenAI, and if I was staying here, I think he would have continued to work for them for a lot longer, but I am moving back. So this is my assumption that [inaudible].

SA Yu: Um, what was the reason that you are moving back?

ALASSAF: Well, my visa is expiring.

SA Yu: Ok.

ALASSAF: That's number one. Then number two with the baby now, I need a lot of support, so I need to be around family. And he works a lot. He is always busy, so.

-------

**On/about time stamp 7:20:23**

ALASSAF: So you're just going to leave me here alone with the baby for I don't know how long. My visa's expiring soon so I should be leaving the country anyway.

SA Yu: When does your visa expire?

ALASSAF: On Monday.

SA Yu: On Monday.

A: The same day that I fly, travel, so. What am I supposed to do now?

[AGENT NOTE: "Monday" refers to October 12, 2026.]