UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

ABDULRAHMAN ALFOZAN,

Defendant.

Case No. 26-cr-00539-VC-1

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

The defendant is ordered released on Wednesday, November 25, 2026 at 8:00 AM from the custody of the United States Marshal pursuant to the terms of a bond.

**IT IS SO ORDERED.**

Dated: November 24, 2026

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California